**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**STEFAN GARDNER**                                                                **PLAINTIFF**

**v.**                                    **CASE NO. 2:25-CV-00067-BSM**

**SCOTT SHIRK**                                                                **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE